IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA, | 1:07-cv-01750-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| A. MASIEL, et al., | (Motion#19) |
| Defendants. | 30-DAY DEADLINE |
| _____ / | |

On April 23, 2009 , Defendants filed a motion to extend time to file a responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty (30) days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated: **April 24, 2009**          /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE