1

2

3 # UNITED STATES DISTRICT COURT

4 EASTERN DISTRICT OF CALIFORNIA

5

6 ROBERT GARCIA,                             CASE NO. 1:07-cv-01750 AWI DLB (PC)

                Plaintiff,         ORDER DENYING MOTION FOR A COURT
7                       ORDER TO COMPLY AS MOOT

     v.
8                       (Doc. 37)
A. MASIEL, et al.,

9

                Defendants.
10 _____/

11

12      Plaintiff Robert Garcia is a state prisoner proceeding pro se and in forma pauperis in this

13 civil rights action pursuant to 42 U.S.C. § 1983.  On December 14, 2009, Plaintiff filed a motion

14 requesting that the Court order the Department of Corrections and correctional counselor Price to

15 disclose information as to the whereabouts of several inmate witnesses and a psychologist for

16 Plaintiff obtain declarations and depositions.  On December 18, 2009, Defendants Ojeda and

17 Silva filed an opposition.  Defendants contend that the Court cannot order non-parties in this

18 action to comply.  Defendants are not opposed to the issuance of a subpoena.

19      On December 29, 2009, Plaintiff filed a motion requesting a 120-day extension of time to

20 complete discovery.  Plaintiff stated that he was currently in the process of obtaining the

21 information he had requested in his December 14, 2009 motion, but would need further time to

22 complete the discovery process. On January 6, 2010, the Court granted Plaintiff's motion.

23 Plaintiff's December 14, 2009 motion is thus rendered moot.

24      Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion, filed

25 December 14, 2009, is DENIED as moot.

26    IT IS SO ORDERED.

27   **Dated:   January 22, 2010**          _____**/s/ Dennis L. Beck**_____
                                   UNITED STATES MAGISTRATE JUDGE
28

1