# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA,<br><br>            Plaintiff,<br><br>     v.<br><br>A. MASIEL, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-01750 AWI DLB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR POSTPONEMENT OF DEPOSITION BY DEFENDANTS<br><br>(Doc. 42) |

Plaintiff Robert Garcia is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2010, Plaintiff filed a motion requesting the Court order the postponement of Plaintiff's January 15, 2010 deposition. Plaintiff would like the Court to appoint counsel to Plaintiff. Plaintiff's request for appointment of counsel is denied pursuant to the Court's order filed concurrently. (Doc. 44.)

On January 14, 2010, Defendants filed a response. Because the Court had extended the time for discovery, Defendants are willing to postpone the deposition to a later date and canceled the January 15, 2010 deposition. Plaintiff's motion is thus moot.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion, filed January 7, 2010, is DENIED as moot.

IT IS SO ORDERED.

Dated:     **January 22, 2010**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

1