# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. MASIEL, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-cv-01750 AWI DLB PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY DISPOSITIVE MOTION DEADLINE<br><br>(Doc. 48)<br><br>DISPOSITIVE MOTION DEADLINE - July 6, 2010 |

　　　　Plaintiff Robert Garcia is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2010, the Court granted Plaintiff's request to modify the scheduling order, and set a new discovery cutoff deadline of May 4, 2010. Pending before the Court is Defendants' motion to modify the scheduling order, filed March 22, 2010, requesting a modification of the dispositive motion deadline. The dispositive motion deadline was March 24, 2010. Defendants have yet to depose Plaintiff, and have not received all of Plaintiff's responses to their discovery requests.

　　　　Good cause appearing, the Court HEREBY GRANTS Defendants' request to modify the scheduling order. **The dispositive motion deadline is July 6, 2010.**

　　　　IT IS SO ORDERED.

　　　　Dated: 　April 7, 2010　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE