# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA, | CASE NO. 1:07-cv-01750-AWI-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 71) |
| F. OJEDA, et al., | |
| Defendants. | |

Plaintiff Robert Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 17, 2010, Plaintiff filed a motion requesting copies of all the records in this case so they could be used in Plaintiff's brief before the Ninth Circuit. (Doc. #71.)

Plaintiff is advised that the Court does not provide copy or mailing service for litigants. Copies of documents may be obtained from the court file by contacting Attorney's Diversified Services at 741 N. Fulton Street, Fresno, California 93728, 800- 842-2695. Further, the Court notes that Plaintiff's appeal before the Ninth Circuit was dismissed on September 15, 2010. Plaintiff's motion is therefore moot.

Accordingly, it is HEREBY ORDERED that Plaintiff's September 17, 2010, motion is DENIED.

IT IS SO ORDERED.

**Dated:   December 13, 2010**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

1