# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA,<br><br>        Plaintiff,<br><br>  v.<br><br>A. MASIEL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01750-AWI-SMS PC<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE CRAIG M. KELLISON WOULD BE BENEFICIAL<br><br>TWENTY-DAY DEADLINE |

    This Court has been provided with the opportunity to refer cases for settlement by the Honorable Craig M. Kellison, a United States Magistrate Judge with the Eastern District of California. Mediation conferences will be scheduled from the end of October through the middle of November. Plaintiff and Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference set in this action.[1]

    Accordingly, within **twenty (20) days** from the date of service of this order, Plaintiff and Defendants shall file a written response to this order.[2]

IT IS SO ORDERED.

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral to Judge Kellison, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Kellison.

| | | |
|---|---|---|
| 1 | **Dated:   August 31, 2011** | _____/s/ Sandra M. Snyder_____ |
| | | UNITED STATES MAGISTRATE JUDGE |