# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. MASIEL, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01750-AWI-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND DIRECTING CLERK OF COURT TO SEND COPY OF DOCKET TO PLAINTIFF<br><br>(ECF No. 109) |

　　　Plaintiff Robert Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 7, 2011, at the stipulation of the parties an order issued dismissing this action with prejudice. (ECF No. 107.) On April 17, 2012, the Court received Plaintiff's motion for a copy of the docket sheet and a letter from the warden of California State Prison, Sacramento, stating that Plaintiff's correspondence to the court had not been delivered.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a copy of the docket sheet, filed April 17, 2012, is GRANTED. The Clerk of the Court is directed to send a copy of the docket sheet to Plaintiff.

　　　IT IS SO ORDERED.

　　　Dated:　**April 23, 2012**　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1